Fill in this information to identify the case:

United States Bankruptcy Court for the:

Southern District of Texas

Case number (if known): _____  Chapter ___11___

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | LASSETER ENTERPRISES, INC. |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

Party City #22

**3. Debtor's federal Employer Identification Number (EIN)**

7  6 – 0  3  7  6  4  5  4

**4. Debtor's address**

Principal place of business

6452 FM 1960 West
Number          Street

Houston, TX 77069
City                              State      ZIP Code

Harris
County

Mailing address, if different from principal place of business

PO Box 23249

Number          Street

San Antonio, TX 78223
City                              State      ZIP Code

Location of principal assets, if different from principal place of business

Number          Street

City                              State      ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    LASSETER ENTERPRISES, INC.
_____     Case number *(if known)* _____
          Name

| 7. Describe debtor's business | A. *Check one:* |
|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

4   5   9   4

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                    MM / DD / YYYY

        District _____ When _____ Case number _____
                                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

        District _____ When _____
                                                MM / DD / YYYY

        Case number, if known _____

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page **2**

Debtor    LASSETER ENTERPRISES, INC.
          Name                                                    Case number *(if known)*

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>    Number    Street<br><br>_____<br>    City                 State   ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>          Contact name _____<br>          Phone _____ |

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49   ☐ 50-99       ☐ 1,000-5,000   ☐ 5,001-10,000      ☐ 25,001-50,000   ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999    ☐ 10,001-25,000                    ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000               ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000       ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion<br>☑ $100,001-$500,000      ☐ $50,000,001-$100 million   ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million      ☐ $100,000,001-$500 million  ☐ More than $50 billion |

Debtor  LASSETER ENTERPRISES, INC.                                    Case number (if known) _____
        Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☑ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   09/22/2023
             MM/ DD/ YYYY

X  /s/ Mary Jennifer Lasseter                          Mary Jennifer Lasseter
   Signature of authorized representative of debtor     Printed name

Title _____Director_____

**18. Signature of attorney**

X  _____/s/ Robert C Lane_____         Date  09/22/2023
   Signature of attorney for debtor                MM/ DD/ YYYY

Robert C Lane
Printed name

The Lane Law Firm
Firm name

6200 Savoy Dr Ste 1150
Number        Street

Houston                                    TX        77036-3369
City                                       State     ZIP Code

(713) 595-8200                             notifications@lanelaw.com
Contact phone                              Email address

24046263                                   TX
Bar number                                 State

**Fill in this information to identify the case:**

Debtor Name **LASSETER ENTERPRISES, INC.**

United States Bankruptcy Court for the: **Southern** District of **Texas**
(State)

Case number (If known):

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand** — $1,000.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **Wells Fargo** | **Checking account** | **1  1  8  0** | $19,898.00 |

4. **Other cash equivalents** *(Identify all)*

   4.1
   4.2

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. — **$20,898.00**

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| 7.1 **Security deposit** | unknown |
| --- | --- |

Debtor    **LASSETER ENTERPRISES, INC.**                                    Case number *(if known)* _____
       Name

---

**8.**    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

    8.1    _____    _____

    8.2    _____    _____

**9.**    **Total of Part 2**                                                   ┌─────────────┐
    Add lines 7 through 8. Copy the total to line 81.                 │             │
                                                                                └─────────────┘

| **Part 3:** | Accounts receivable |
|---|---|

**10.**    **Does the debtor have any accounts receivable?**

    ☑ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

                                                                           **Current value of
debtor's interest**

**11.**    **Accounts receivable**

    11a. 90 days old or less:    _____ - _____ =.....➜    _____
                            face amount         doubtful or uncollectible accounts

    11b. Over 90 days old:    _____ - _____ =.....➜    _____
                          face amount         doubtful or uncollectible accounts

**12.**    **Total of Part 3**                                                  ┌─────────────┐
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    │             │
                                                                        └─────────────┘

| **Part 4:** | Investments |
|---|---|

**13.**    **Does the debtor own any investments?**

    ☐ No. Go to Part 5.

    ☑ Yes. Fill in the information below.

                                                        **Valuation method used
for current value**    **Current value of
debtor's interest**

**14.**    **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1    _____    _____    _____

    14.2    _____    _____    _____

**15.**    **Non-publicly traded stock and interests in incorporated and unincorporated businesses,
including any interest in an LLC, partnership, or joint venture**

    Name of entity:                           % of
                                           ownership:

    15.1. **Westheimer Party Company**    **100.00%**    _____    **unknown**

**16.**    **Government bonds, corporate bonds, and other negotiable and non-negotiable
instruments not included in Part 1**

    Describe:

    16.1    _____    _____    _____

    16.2    _____    _____    _____

---

Debtor   **LASSETER ENTERPRISES, INC.**                                    Case number *(if known)* _____
      Name

| 17. | Total of Part 4 | | | ☐☐ |
|---|---|---|---|---|
| | Add lines 14 through 16. Copy the total to line 83. | | | |

**Part 5:**   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☐ No. Go to Part 6.

   ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | MM / DD / YYYY | | | |
| **20. Work in progress** | MM / DD / YYYY | | | |
| **21. Finished goods, including goods held for resale** | MM / DD / YYYY | | | |
| **22. Other inventory or supplies** | | | | |
| Dept. 101 Mylar Balloons | 09/19/2023 MM / DD / YYYY | unknown | Fair Market Value | $16,500.00 |
| Dept. 102 Baby | 09/19/2023 MM / DD / YYYY | unknown | Fair Market Value | $5,428.91 |
| Dept. 103 Wedding | 09/19/2023 MM / DD / YYYY | unknown | Fair Market Value | $6,953.50 |
| Dept. 104 Party Themes | 09/19/2023 MM / DD / YYYY | unknown | Fair Market Value | $6,460.76 |
| Dept. 105 Solids | 09/19/2023 MM / DD / YYYY | unknown | Fair Market Value | $24,500.00 |
| Dept. 106 General Entertaining | 09/19/2023 MM / DD / YYYY | unknown | Fair Market Value | $1,465.82 |
| Dept. 108 Sports | 09/19/2023 MM / DD / YYYY | unknown | Fair Market Value | $1,993.88 |
| Dept. 109 General Decorations | 09/19/2023 MM / DD / YYYY | unknown | Fair Market Value | $4,033.26 |
| Dept. 110 Serveware | 09/19/2023 MM / DD / YYYY | unknown | Fair Market Value | $2,695.16 |
| Dept. 111 Birthday Bakeware | 09/19/2023 MM / DD / YYYY | unknown | Fair Market Value | $2,123.25 |
| Dept. 112 Pinatas | 09/19/2023 MM / DD / YYYY | unknown | Fair Market Value | $2,288.87 |
| Dept. 113 Gift Wrap | 09/19/2023 MM / DD / YYYY | unknown | Fair Market Value | $2,500.00 |

| Debtor | **LASSETER ENTERPRISES, INC.** | Case number *(if known)* |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| **Dept. 114 Invites/Thank You** | **09/06/2023** | unknown | **Fair Market Value** | $21.13 |
| | MM / DD / YYYY | | | |
| **Dept. 115 Birthday Accessories** | **09/19/2023** | unknown | 3054.43 | $2,747.67 |
| | MM / DD / YYYY | | | |
| **Dept. 116 Non Seasonal Candy** | **09/19/2023** | unknown | **Fair Market Value** | $15,272.87 |
| | MM / DD / YYYY | | | |
| **Dept. 117 Kids Favors** | **09/19/2023** | unknown | **Fair Market Value** | $7,709.98 |
| | MM / DD / YYYY | | | |
| **Dept. 133 Greeting Cards (SBT)** | **09/19/2023** | unknown | **Fair Market Value** | $300.00 |
| | MM / DD / YYYY | | | |
| **Dept. 134 General Birthday** | **09/19/2023** | unknown | **Fair Market Value** | $6,118.55 |
| | MM / DD / YYYY | | | |
| **Dept. 135 1st Birthday** | **09/19/2023** | unknown | **Fair Market Value** | $1,849.24 |
| | MM / DD / YYYY | | | |
| **Dept. 137 Kids Birthday** | **09/19/2023** | unknown | **Fair Market Value** | $14,873.94 |
| | MM / DD / YYYY | | | |
| **Dept. 138 Cocktail Party** | **09/19/2023** | unknown | **Fair Market Value** | $1,025.67 |
| | MM / DD / YYYY | | | |
| **Dept. 139 General Candles** | **09/19/2023** | unknown | **Fair Market Value** | $527.15 |
| | MM / DD / YYYY | | | |
| **Dept. 140 Rentals** | **09/06/2023** | unknown | **Fair Market Value** | ($345.00) |
| | MM / DD / YYYY | | | |
| **Dept. 141 Custom Album** | **09/06/2023** | unknown | **Fair Market Value** | $0.00 |
| | MM / DD / YYYY | | | |
| **Dept. 142 Event Planning** | **09/19/2023** | unknown | **Fair Market Value** | $1,183.84 |
| | MM / DD / YYYY | | | |
| **Dept. 143 Latex Balloons** | **09/19/2023** | unknown | **Fair Market Value** | $7,000.00 |
| | MM / DD / YYYY | | | |
| **Dept. 145 Professional Sports** | **09/19/2023** | unknown | **Fair Market Value** | $3,276.21 |
| | MM / DD / YYYY | | | |
| **Dept. 146 Web Digital Invitations** | **09/06/2023** | unknown | **Fair Market Value** | $0.00 |
| | MM / DD / YYYY | | | |
| **Dept. 147 Inscribe** | **09/06/2023** | unknown | **Fair Market Value** | $0.00 |
| | MM / DD / YYYY | | | |
| **Dept. 148 Web Personalization** | **09/06/2023** | unknown | **Fair Market Value** | $0.00 |
| | MM / DD / YYYY | | | |
| **Dept. 149 Web Personalized Favors** | **09/06/2023** | unknown | **Fair Market Value** | $0.00 |
| | MM / DD / YYYY | | | |
| **Dept. 157 Foil** | **09/19/2023** | unknown | **Fair Market Value** | $2,771.75 |
| | MM / DD / YYYY | | | |
| **Dept. 158 Special Effects** | **09/19/2023** | unknown | **Fair Market Value** | $1,800.00 |
| | MM / DD / YYYY | | | |
| **Dept. 159 Premium Entertaining** | **09/19/2023** | unknown | **Fair Market Value** | $3,792.24 |
| | MM / DD / YYYY | | | |
| **Dept. 160 Gifts** | **09/06/2023** | unknown | **Fair Market Value** | $0.00 |
| | MM / DD / YYYY | | | |

Debtor   __LASSETER ENTERPRISES, INC.__                     Case number *(if known)* _____
          Name

| | | | | |
|---|---|---|---|---|
| __Dept. 161 Greeting Cards__ | __09/06/2023__ | __unknown__ | Fair Market Value | __($2.92)__ |
| | MM / DD / YYYY | | | |
| __Dept. 162 Color City__ | __09/19/2023__ | __unknown__ | Fair Market Value | __$10,500.00__ |
| | MM / DD / YYYY | | | |
| __Dept. 163 Fashion Wearables__ | __09/06/2023__ | __unknown__ | Fair Market Value | __$142.08__ |
| | MM / DD / YYYY | | | |
| __Dept. 164 Toys__ | __09/19/2023__ | __unknown__ | Fair Market Value | __$48.00__ |
| | MM / DD / YYYY | | | |
| __Dept. 165 Kids Favors (SBT)__ | __09/06/2023__ | __unknown__ | Fair Market Value | __$0.00__ |
| | MM / DD / YYYY | | | |
| __Dept. 166 Business Development__ | __09/06/2023__ | __unknown__ | | __unknown__ |
| | MM / DD / YYYY | | | |
| __Dept. 168 Ballon Accessories__ | __09/19/2023__ | __unknown__ | | __$2,044.35__ |
| | MM / DD / YYYY | | | |
| __Dept. 207 Dr Seuss__ | __09/19/2023__ | __unknown__ | | __$1,876.90__ |
| | MM / DD / YYYY | | | |
| __Dept. 218 NFL/Superbowl__ | __09/19/2023__ | __unknown__ | | __$78.82__ |
| | MM / DD / YYYY | | | |
| __Dept. 217 Rentals__ | __09/06/2023__ | __unknown__ | | __unknown__ |
| | MM / DD / YYYY | | | |
| __Dept. 219 Valentine Day__ | __09/19/2023__ | __unknown__ | | __$3,979.96__ |
| | MM / DD / YYYY | | | |
| __Dept. 220 St Patricks Day__ | __09/19/2023__ | __unknown__ | | __$2,544.03__ |
| | MM / DD / YYYY | | | |
| __Dept. 221 Easter__ | __09/19/2023__ | __unknown__ | | __$2,222.91__ |
| | MM / DD / YYYY | | | |
| __Dept. 222 Communion/Confirmation__ | __09/19/2023__ | __unknown__ | | __$2,008.86__ |
| | MM / DD / YYYY | | | |
| __Dept. 223 Graduation__ | __09/19/2023__ | __unknown__ | | __$12,500.00__ |
| | MM / DD / YYYY | | | |
| __Dept. 224 Patriotic__ | __09/19/2023__ | __unknown__ | | __$1,058.91__ |
| | MM / DD / YYYY | | | |
| __Dept. 225 Summer__ | __09/19/2023__ | __unknown__ | | __$6,204.93__ |
| | MM / DD / YYYY | | | |
| __Dept. 226 Halloween__ | __09/19/2023__ | __unknown__ | | __$31,205.79__ |
| | MM / DD / YYYY | | | |
| __Dept. 227 License Costumes/Accessories__ | __09/19/2023__ | __unknown__ | | __$58,060.61__ |
| | MM / DD / YYYY | | | |
| __Dept. 228 Fall__ | __09/19/2023__ | __unknown__ | | __$1,658.09__ |
| | MM / DD / YYYY | | | |
| __Dept. 229 Thanksgiving__ | __09/19/2023__ | __unknown__ | | __$634.60__ |
| | MM / DD / YYYY | | | |
| __Dept. 230 Hannukah__ | __09/19/2023__ | __unknown__ | | __$1,045.94__ |
| | MM / DD / YYYY | | | |
| __Dept. 231 Christmas__ | __09/19/2023__ | __unknown__ | | __$13,497.40__ |
| | MM / DD / YYYY | | | |

| Debtor | **LASSETER ENTERPRISES, INC.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Dept. 232 New Years | 09/19/2023 | unknown | $3,285.22 |
|---|---|---|---|
| | MM / DD / YYYY | | |
| Dept. 236 Specialty Holiday | 09/19/2023 | unknown | $5,665.69 |
| | MM / DD / YYYY | | |
| Dept. 244 Season Candy | 09/19/2023 | unknown | $1,481.65 |
| | MM / DD / YYYY | | |
| Dept. 255 Generic Constumes/Asscessoires | 09/19/2023 | unknown | $82,421.75 |
| | MM / DD / YYYY | | |
| Dept. 256 Mardis Gras | 09/19/2023 | unknown | $2,261.30 |
| | MM / DD / YYYY | | |
| Dept. 267 Seasonal Balloons | 09/19/2023 | unknown | $15,652.27 |
| | MM / DD / YYYY | | |
| Supplies | 09/19/2023 | unknown | $1,010.78 |
| | MM / DD / YYYY | | |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$409,956.57

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☑ Yes. Book value ___unknown___ Valuation method **Fair Market Value** Current value $16,500.00

Book value ___unknown___ Valuation method **Fair Market Value** Current value $5,428.91

Book value ___unknown___ Valuation method **Fair Market Value** Current value $6,953.50

Book value ___unknown___ Valuation method **Fair Market Value** Current value $6,460.76

Book value ___unknown___ Valuation method **Fair Market Value** Current value $24,500.00

Book value ___unknown___ Valuation method **Fair Market Value** Current value $1,465.82

Book value ___unknown___ Valuation method **Fair Market Value** Current value $1,993.88

Book value ___unknown___ Valuation method **Fair Market Value** Current value $4,033.26

Book value ___unknown___ Valuation method **Fair Market Value** Current value $2,695.16

Book value ___unknown___ Valuation method **Fair Market Value** Current value $2,123.25

Book value ___unknown___ Valuation method **Fair Market Value** Current value $2,288.87

Book value ___unknown___ Valuation method **Fair Market Value** Current value $2,500.00

Book value ___unknown___ Valuation method **Fair Market Value** Current value $21.13

Book value ___unknown___ Valuation method ___3054.43___ Current value $2,747.67

Book value ___unknown___ Valuation method **Fair Market Value** Current value $15,272.87

Book value ___unknown___ Valuation method **Fair Market Value** Current value $7,709.98

Book value ___unknown___ Valuation method **Fair Market Value** Current value $300.00

Book value ___unknown___ Valuation method **Fair Market Value** Current value $1,025.67

Debtor   **LASSETER ENTERPRISES, INC.**          Case number *(if known)* _____
          Name

| | | |
|---|---|---|
| Book value _____**unknown**_____ | Valuation method **Fair Market Value** | Current value _____**$527.15**_____ |
| Book value _____**unknown**_____ | Valuation method **Fair Market Value** | Current value _____**$0.00**_____ |
| Book value _____**unknown**_____ | Valuation method **Fair Market Value** | Current value _____**$1,183.84**_____ |
| Book value _____**unknown**_____ | Valuation method **Fair Market Value** | Current value _____**$7,000.00**_____ |
| Book value _____**unknown**_____ | Valuation method **Fair Market Value** | Current value _____**$3,276.21**_____ |
| Book value _____**unknown**_____ | Valuation method **Fair Market Value** | Current value _____**$0.00**_____ |
| Book value _____**unknown**_____ | Valuation method **Fair Market Value** | Current value _____**$2,771.75**_____ |
| Book value _____**unknown**_____ | Valuation method **Fair Market Value** | Current value _____**$1,800.00**_____ |
| Book value _____**unknown**_____ | Valuation method **Fair Market Value** | Current value _____**$3,792.24**_____ |
| Book value _____**unknown**_____ | Valuation method **Fair Market Value** | Current value _____**$0.00**_____ |
| Book value _____**unknown**_____ | Valuation method **Fair Market Value** | Current value _____**($2.92)**_____ |
| Book value _____**unknown**_____ | Valuation method **Fair Market Value** | Current value _____**$10,500.00**_____ |
| Book value _____**unknown**_____ | Valuation method **Fair Market Value** | Current value _____**$142.08**_____ |
| Book value _____**unknown**_____ | Valuation method **Fair Market Value** | Current value _____**$48.00**_____ |
| Book value _____**unknown**_____ | Valuation method **Fair Market Value** | Current value _____**$0.00**_____ |
| Book value _____**unknown**_____ | Valuation method _____ | Current value _____**unknown**_____ |
| Book value _____**unknown**_____ | Valuation method _____ | Current value _____**$2,044.35**_____ |
| Book value _____**unknown**_____ | Valuation method _____ | Current value _____**$78.82**_____ |
| Book value _____**unknown**_____ | Valuation method _____ | Current value _____**$3,979.96**_____ |
| Book value _____**unknown**_____ | Valuation method _____ | Current value _____**$2,544.03**_____ |
| Book value _____**unknown**_____ | Valuation method _____ | Current value _____**$2,222.91**_____ |
| Book value _____**unknown**_____ | Valuation method _____ | Current value _____**$2,008.86**_____ |
| Book value _____**unknown**_____ | Valuation method _____ | Current value _____**$12,500.00**_____ |
| Book value _____**unknown**_____ | Valuation method _____ | Current value _____**$1,058.91**_____ |
| Book value _____**unknown**_____ | Valuation method _____ | Current value _____**$6,204.93**_____ |
| Book value _____**unknown**_____ | Valuation method _____ | Current value _____**$31,205.79**_____ |
| Book value _____**unknown**_____ | Valuation method _____ | Current value _____**$58,060.61**_____ |
| Book value _____**unknown**_____ | Valuation method _____ | Current value _____**$1,658.09**_____ |
| Book value _____**unknown**_____ | Valuation method _____ | Current value _____**$634.60**_____ |
| Book value _____**unknown**_____ | Valuation method _____ | Current value _____**$1,045.94**_____ |
| Book value _____**unknown**_____ | Valuation method _____ | Current value _____**$13,497.40**_____ |
| Book value _____**unknown**_____ | Valuation method _____ | Current value _____**$3,285.22**_____ |
| Book value _____**unknown**_____ | Valuation method _____ | Current value _____**$5,665.69**_____ |
| Book value _____**unknown**_____ | Valuation method _____ | Current value _____**$1,481.65**_____ |
| Book value _____**unknown**_____ | Valuation method _____ | Current value _____**$82,421.75**_____ |

Debtor     <u>**LASSETER ENTERPRISES, INC.**</u>         Case number *(if known)* _____
          Name

| | | |
|---|---|---|
| Book value __**unknown**__ Valuation method _____ | Current value | **$2,261.30** |
| Book value __**unknown**__ Valuation method _____ | Current value | **$15,652.27** |
| Book value __**unknown**__ Valuation method _____ | Current value | **$1,010.78** |

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 6:**     Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | _____ | _____ | _____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | _____ | _____ | _____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | _____ | _____ | _____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | _____ | _____ | _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | _____ | _____ | _____ |

33. **Total of Part 6**

    Add lines 28 through 32. Copy the total to line 85.     [_____]

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____ Valuation method _____ Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

| Debtor | **LASSETER ENTERPRISES, INC.** | Case number *(if known)* |
|--------|--------------------------------|--------------------------|
|        | Name |  |

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 7:**  Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|------------------------------------------|------------------------------------|
| 39. **Office furniture** | | | |
| Chairs (2) | unknown | Fair Market Value | $30.00 |
| Filing Cabinets (1) | unknown | Fair Market Value | $50.00 |
| Tables (2) | unknown | Fair Market Value | $20.00 |
| 40. **Office fixtures** | | | |
| Floor Fixtures (Shelving, Pegboard, Fencing) | unknown | Fair Market Value | $10,000.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Lockers (1) | unknown | Fair Market Value | $50.00 |
| Manual Pallet Jack (1) | unknown | Fair Market Value | $100.00 |
| U-Boats (2) | unknown | Fair Market Value | $40.00 |
| Hand Trucks/Dollies (2) | unknown | Fair Market Value | $40.00 |
| Helium Transfill System (1) | unknown | Fair Market Value | $900.00 |
| Ladders (5) | unknown | Fair Market Value | $600.00 |
| Assorted Hand Tools | unknown | Fair Market Value | $50.00 |
| Small Hand Baskets (10) | unknown | Fair Market Value | $50.00 |
| Gumball Fixture (1) | unknown | Fair Market Value | $1,000.00 |
| Candy Cabinets (1) | unknown | Fair Market Value | $1,000.00 |
| Floor Safe (1) | unknown | Fair Market Value | $150.00 |
| Counterfeit Bill Readers (5) | unknown | Fair Market Value | $125.00 |
| Security Camera System (1) | unknown | Fair Market Value | $700.00 |
| IPods/Sleds for Sales floor & Receiving (4) | unknown | Fair Market Value | $200.00 |
| Access Point Wi-Fi Equipment (1) | unknown | Fair Market Value | $1,000.00 |
| Phones (7) | unknown | Fair Market Value | $35.00 |
| Phone System (1) | unknown | Fair Market Value | $500.00 |
| Printer (3) | unknown | Fair Market Value | $600.00 |
| Register Equipment & Lights & Que (5) | unknown | Fair Market Value | $1,500.00 |

Debtor   __LASSETER ENTERPRISES, INC._____          Case number *(if known)* _____
        Name

| | | | |
|---|---|---|---|
|  Shopping Carts (20) | unknown | Fair Market Value | $1,500.00 |
|  Computers (1) | unknown | Fair Market Value | $50.00 |
|  Monitors (3) | unknown | Fair Market Value | $125.00 |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

     42.1 _____    _____  _____  _____

     42.2 _____    _____  _____  _____

     42.3 _____    _____  _____  _____

43. **Total of Part 7**

     Add lines 39 through 42. Copy the total to line 86.                    | $20,415.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

     ☑ No

     ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

     ☑ No

     ☐ Yes

**Part 8:**   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

     ☐ No. Go to Part 9.

     ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | (Where available) | | |

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

     47.1 _____    _____  _____  _____

     47.2 _____    _____  _____  _____

     47.3 _____    _____  _____  _____

     47.4 _____    _____  _____  _____

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

     48.1 _____    _____  _____  _____

     48.2 _____    _____  _____  _____

49. **Aircraft and accessories**

     49.1 _____    _____  _____  _____

     49.2 _____    _____  _____  _____

Debtor   **LASSETER ENTERPRISES, INC.**                              Case number *(if known)* _____

Name

---

| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
|---|---|---|---|---|
| | Napkin Imprint Machine with Air Compressor (1) | unknown | Fair Market Value | $650.00 |

| 51. | **Total of Part 8** | | $650.00 |
|---|---|---|---|
| | Add lines 47 through 50. Copy the total to line 87. | | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

| 56. | **Total of Part 9** | |
|---|---|---|
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | _____ |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

---

| Debtor | LASSETER ENTERPRISES, INC. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites** | | | |
| 62. | **Licenses, franchises, and royalties** | | | |
| | Party City #22 | unknown | Fair Market Value | $1.00 |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |
| 66. | **Total of Part 10**<br>Add lines 60 through 65. Copy the total to line 89. | | | $1.00 |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

| | | | | Current value of debtor's interest |
|---|---|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____ – _____ = ➔ _____
Total face amount    doubtful or uncollectible amount

Debtor    **LASSETER ENTERPRISES, INC.**                              Case number *(if known)* _____
          Name

---

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    _____    Tax year _____    _____

    _____    Tax year _____    _____

    _____    Tax year _____    _____

73. **Interests in insurance policies or annuities**

    _____                           _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    _____                           _____

    **Nature of claim**          _____

    **Amount requested**         _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    _____                           _____

    **Nature of claim**          _____

    **Amount requested**         _____

76. **Trusts, equitable or future interests in property**

    _____                           _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

    _____                           _____

    _____                           _____

78. **Total of Part 11**

    Add lines 71 through 77. Copy the total to line 90.                        [                    ]

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

---

Debtor    **LASSETER ENTERPRISES, INC.**                                Case number *(if known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $20,898.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | unknown | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83. **Investments.** *Copy line 17, Part 4.* | unknown | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $409,956.57 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $20,415.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $650.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................➡ | | _____ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + _____ | |
| 91. **Total.** *Add lines 80 through 90 for each column*............91a. | $451,920.57 | + 91b. _____ |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................... | | $451,920.57 |

Fill in this information to identify the case:

Debtor name ___LASSETER ENTERPRISES, INC.___

United States Bankruptcy Court for the: ___Southern___ District of ___Texas___
(State)

Case number (if known): _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
| --- | --- | --- |

**2.1** **Creditor's name**

**Creditor's mailing address**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    _____

Fill in this information to identify the case:

Debtor name          LASSETER ENTERPRISES, INC.

United States Bankruptcy Court for the:

                    Southern District of Texas

Case number (if known): _____

☐ Check if this is an
   amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1.**   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**2.**   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br><br>_____<br>_____<br>_____<br><br>**Date or dates debt was incurred**<br>_____<br><br>**Last 4 digits of account number** ___ ___ ___ ___<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>_____<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | _____ | _____ |
| **2.2** | **Priority creditor's name and mailing address**<br><br>_____<br>_____<br>_____<br><br>**Date or dates debt was incurred**<br>_____<br><br>**Last 4 digits of account number** ___ ___ ___ ___<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>_____<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | _____ | _____ |

Debtor  **LASSETER ENTERPRISES, INC.**                                    Case number *(if known)* _____
          Name

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

American Express

Bankruptcy Unit

P.O Box 297817

Fort Lauderdale, FL 33329

Date or dates debt was incurred     **2023**

Last 4 digits of account number     **3   0   0   3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

**$36,052.48**

---

**3.2** Nonpriority creditor's name and mailing address

American Express

Bankruptcy Unit

P.O Box 297817

Fort Lauderdale, FL 33329

Date or dates debt was incurred     _____

Last 4 digits of account number     **4   0   0   3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

**$32,707.30**

---

**3.3** Nonpriority creditor's name and mailing address

Amscan

80 Grasslands Rd.

Elmsford, NY 10523

Date or dates debt was incurred     **January 2023**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$643,949.26**

---

**3.4** Nonpriority creditor's name and mailing address

Beeson Properties KNA Partners

1020 West Loop North

Houston, TX 77055

Date or dates debt was incurred     **9/1/2023**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid rent**

Is the claim subject to offset?
☑ No
☐ Yes

**$22,700.00**

Debtor    **LASSETER ENTERPRISES, INC.**
       Name                                                      Case number *(if known)*

---

## Part 2:  Additional Page

### 3.5  Nonpriority creditor's name and mailing address

**Gibson Greetings**

**PO Box 640782**

**Pittsburgh, PA 15264**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:** $821.64
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Merchandise

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.6  Nonpriority creditor's name and mailing address

**Party City Corporation**

**1 Celebration Square**

**Woodcliff Lake, NJ 07677**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:** $17,403.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.7  Nonpriority creditor's name and mailing address

**PartyCity**

**1 Celebration Square**

**Woodcliff Lake, NJ 07677**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:** $7,728.29
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Franchise Agreement/Secured as to Inventory

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.8  Nonpriority creditor's name and mailing address

**Wells Fargo**

**PO Box 51174**

**Los Angeles, CA 90051**

Date or dates debt was incurred  _____

Last 4 digits of account number  0  8  5  4

**As of the petition filing date, the claim is:** $111,461.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Line of Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **LASSETER ENTERPRISES, INC.**                                      Case number *(if known)* _____
          Name

---

| **Part 2:** | Additional Page |
| --- | --- |

---

| **3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,814.24 |
| --- | --- | --- | --- |
| | Worthington Cylinders | *Check all that apply.* | |
| | | ☐ Contingent | |
| | 27406 Network Place | ☐ Unliquidated | |
| | Chicago, IL 60673-1274 | ☐ Disputed | |
| | | **Basis for the claim:**  Merchandise | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | Last 4 digits of account number __ __ __ __ | ☐ Yes | |

| **3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,954.92 |
| --- | --- | --- | --- |
| | Ya Otta Pinata | *Check all that apply.* | |
| | | ☐ Contingent | |
| | PO Box 847403 | ☐ Unliquidated | |
| | Dallas, TX 75284-7403 | ☐ Disputed | |
| | | **Basis for the claim:**  Merchandise | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | Last 4 digits of account number __ __ __ __ | ☐ Yes | |

---

Debtor    **LASSETER ENTERPRISES, INC.**                                    Case number *(if known)* _____
          Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b.  **+** | **$877,592.73** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$877,592.73** |

Fill in this information to identify the case:

Debtor name _____ LASSETER ENTERPRISES, INC. _____

United States Bankruptcy Court for the:

_____ Southern District of Texas _____

Case number (if known): _____   Chapter ___11___

☐ Check if this is an
amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1.** Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2.  List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | **State what the contract or lease is for and the nature of the debtor's interest** | Credit Card Processor | Global CC Merchant |
| | | Contract to be ASSUMED | 2825 Wilcrest Dr #489 |
| | **State the term remaining** | 3 months | Houston, TX 77042 |
| | **List the contract number of any government contract** | | |
| **2.2** | **State what the contract or lease is for and the nature of the debtor's interest** | Music | Mood Media (Muzak) |
| | | Contract to be ASSUMED | 2100 IH 35 STE 200 |
| | **State the term remaining** | 0 months | Austin, TX 78704 |
| | **List the contract number of any government contract** | | |
| **2.3** | **State what the contract or lease is for and the nature of the debtor's interest** | Electricity | Reliant Energy |
| | | Contract to be ASSUMED | PO Box 3765 |
| | **State the term remaining** | 10 months | Houston, TX 77253-3765 |
| | **List the contract number of any government contract** | | |
| **2.4** | **State what the contract or lease is for and the nature of the debtor's interest** | Trash Services | Republic Services |
| | | Contract to be ASSUMED | 18500 N Allied Way |
| | **State the term remaining** | 18 months | Phoenix, AZ 85054 |
| | **List the contract number of any government contract** | | |

Debtor    LASSETER ENTERPRISES, INC.                                    Case number *(if known)* _____
       Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Phone Services |
| | | Contract to be ASSUMED |
| | State the term remaining | 0 months |
| | List the contract number of any government contract | |

Fusion Connect
210 Interstate N Pkwy SE #300
Atlanta, GA 30339

| | | |
|---|---|---|
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest | Burglary Monitoring |
| | | Contract to be ASSUMED |
| | State the term remaining | 0 months |
| | List the contract number of any government contract | |

Johnson Controls
5757 N. Green Bay Ave
Milwaukee, WI 53201

| | | |
|---|---|---|
| **2.7** | State what the contract or lease is for and the nature of the debtor's interest | Building Rent/Lease |
| | | Contract to be ASSUMED |
| | State the term remaining | 1 months |
| | List the contract number of any government contract | |

Beeson Properties KNA Partners
1020 West Loop North
Houston, TX 77055

| | | |
|---|---|---|
| **2.8** | State what the contract or lease is for and the nature of the debtor's interest | CPA Contract |
| | | Contract to be ASSUMED |
| | State the term remaining | 0 months |
| | List the contract number of any government contract | |

KRS CPA's, LLC
80 Route 4 East Suite 370
Paramus, NJ 07652

Fill in this information to identify the case:

Debtor name __**LASSETER ENTERPRISES, INC.**__

United States Bankruptcy Court for the: _____**Southern**_____ District of _____**Texas**_____
(State)

Case number (If known): _____

☐ Check if this is an
    amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ <br> _____ <br><br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | Street _____ <br> _____ <br><br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street _____ <br> _____ <br><br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street _____ <br> _____ <br><br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 _____ | Street _____ <br> _____ <br><br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Debtor     __LASSETER ENTERPRISES, INC.__             Case number (if known) _____
        Name

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.6 | _____ | Street _____ <br><br> _____ <br><br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor name _____ LASSETER ENTERPRISES, INC. _____

United States Bankruptcy Court for the:

_____ Southern District of Texas _____

Case number (if known): _____     Chapter ___11___

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals                    **12/15**

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*..................................................................................... | $0.00 |

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................... | $451,920.57 |

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................... | $451,920.57 |

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................. | $0.00 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...................................................... | $0.00 |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..................................... | + $877,592.73 |

4. **Total liabilities**...................................................................................................... | $877,592.73 |
   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name        LASSETER ENTERPRISES, INC.

United States Bankruptcy Court for the:

Southern District of Texas

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:   Income

**1.**   **Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2023 to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $1,131,413.98 |
| **For prior year:** | From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $2,235,153.00 |
| **For the year before that:** | From 01/01/2021 to 12/31/2021<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $2,330,827.00 |

**2.**   **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2023 to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** | From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** | From 01/01/2021 to 12/31/2021<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |

| Debtor | LASSETER ENTERPRISES, INC. | Case number *(if known)* |
|---|---|---|
| | Name | |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. Amscan<br>Creditor's name<br>80 Grasslands Rd.<br>Street<br><br>Elmsford, NY 10523<br>City                    State    ZIP Code | August 2023 | $10,200.48 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. Champion's Village<br>Creditor's name<br>1020 West Loop North Suite 200<br>Street<br><br>Houston, TX 77055<br>City                    State    ZIP Code | July 2023 | $22,700.00 | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____<br>Creditor's name<br>_____<br>Street<br>_____<br>City                    State    ZIP Code | _____ | _____ | _____ |
| **Relationship to debtor**<br>_____ | | | |

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

Debtor  LASSETER ENTERPRISES, INC.                                          Case number (If known) _____
        _____
        Name

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| **5.1.** _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City             State      ZIP Code | _____ | _____ | _____ |

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **6.1.** _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City             State      ZIP Code | _____<br><br>XXXX– __ __ __ __ | _____ | _____ |

| Part 3: | Legal Actions or Assignments |
|---|---|

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **7.1.** _____<br><br>**Case number**<br><br>_____ | _____ | Name<br>_____<br>Street<br>_____<br><br>_____<br>City         State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **3**

Debtor   LASSETER ENTERPRISES, INC.                                    Case number *(if known)*
_____
         Name

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|

Custodian's name
_____

| | | Case title | Court name and address |

Street
_____                                       Name

_____                                       Street

City          State    ZIP Code     Case number                       _____

                                                                       City          State    ZIP Code
                                    Date of order or assignment

## Part 4:  Certain Gifts and Charitable Contributions

**9.**  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | Goodwill | Discontinued Merchandise | July 2022 | $2,295.80 |
| | Recipient's name | | | |
| | 1140 West Loop, North Freeway | | | |
| | Street | | | |
| | Houston, TX 77055 | | | |
| | City          State    ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |

| 9.2. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | Hutchison School | Merchandise | March 2022 | $1,528.31 |
| | Recipient's name | | | |
| | 1740 Ridgeway Rd | | | |
| | Street | | | |
| | Memphis, TN 38119 | | | |
| | City          State    ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |

## Part 5:  Certain Losses

**10.**  All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |

10.1. _____

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page 4

Debtor    LASSETER ENTERPRISES, INC.                   Case number *(if known)*
         Name

| Part 6: | Certain Payments or Transfers |
|---------|-------------------------------|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

11.1.

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| The Lane Law Firm | Attorney Fees | 8/21/2023 | $17,500.00 |
| | Attorney's Fee | 8/21/2023 | $10,000.00 |

**Address**

6200 Savoy Suite 1150
Street

Houston, TX 77036
City            State     ZIP Code

**Email or website address**

**Who made the payment, if not debtor?**

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

12.1.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**Trustee**

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

Debtor   LASSETER ENTERPRISES, INC.                                          Case number *(if known)*
         Name

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |

| Address | |
|---|---|
| Street | |
| City          State     ZIP Code | |

| Relationship to debtor |
|---|
| |

---

**Part 7:    Previous Locations**

**14.  Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. _____ Street | From _____ To _____ |
| _____ City          State     ZIP Code | |

---

**Part 8:    Health Care Bankruptcies**

**15.  Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ Facility name | | |
| _____ Street | Location where patient records are maintained *(if different from facility address). If electronic, identify any service provider.* | How are records kept? |
| City          State     ZIP Code | | *Check all that apply:* ☐ Electronically ☐ Paper |

Debtor    LASSETER ENTERPRISES, INC.            Case number *(if known)*
_____
Name

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

         Does the debtor have a privacy policy about that information?

         ☐ No

         ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

         ☐ No. Go to Part 10.

         ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

         Has the plan been terminated?

         ☐ No

         ☐ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____ <br> Name <br> _____ <br> Street <br> _____ <br> City    State    ZIP Code | XXXX– _ _ _ _ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other <br> _____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| 19.1 _____ <br> Name <br> _____ <br> Street <br> _____ <br> City    State    ZIP Code | _____ <br> _____ <br> _____ <br> **Address** <br> _____ <br> _____ | _____ <br> _____ <br> _____ <br> _____ | ☐ No <br><br> ☐ Yes |

| Debtor | LASSETER ENTERPRISES, INC. | Case number *(if known)* |
|---|---|---|
| | Name | |

## 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | Shred Shop of Memphis | _____ | Business Documents only | ☐ No |
| | Name | _____ | _____ | ☑ Yes |
| | 318 Collins Street | _____ | _____ | |
| | Street | | | |
| | _____ | Address | _____ | |
| | Memphis, TN 38112 | _____ | _____ | |
| | City          State     ZIP Code | _____ | | |

---

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

## 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | _____ |
| Name | _____ | _____ | |
| | _____ | _____ | |
| Street | _____ | _____ | |
| | | _____ | |
| City          State     ZIP Code | | | |

---

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

## 22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | Name | _____ | ☐ Pending |
| Case number | _____ | _____ | ☐ On appeal |
| | Street | _____ | ☐ Concluded |
| _____ | _____ | _____ | |
| | City          State     ZIP Code | | |

Debtor     LASSETER ENTERPRISES, INC.                                    Case number *(if known)*_____
           Name

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

---

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

---

**25.  Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1.  Westheimer Party Company LLC<br>Name<br>PO Box 23249<br>Street<br><br>San Antonio, TX 78223<br>City          State     ZIP Code | | EIN:  __ __ – __ __ __ __ __ __ __<br><br>**Dates business existed**<br><br>From _____  To _____ |

**26.  Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

---

Debtor    LASSETER ENTERPRISES, INC.                                    Case number *(If known)*
          Name

| Name and address | Dates of service |
|---|---|

26a.1.  Julie Capps                                          From 2019        To Present
        Name

        PO Box 23249
        Street

        San Antonio, TX 78223
        City                     State          ZIP Code

| Name and address | Dates of service |
|---|---|

26a.2.  Monica Adams                                         From 2019        To Present
        Name

        PO Box 23249
        Street

        San Antonio, TX 78223
        City                     State          ZIP Code

| Name and address | Dates of service |
|---|---|

26a.3.  Nancy Nunez                                          From 2019        To Present
        Name

        PO Box 23249
        Street

        San Antonio, TX 78223
        City                     State          ZIP Code

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial
       statement within 2 years before filing this case.

       ☐ None

| Name and address | Dates of service |
|---|---|

26b.1.  KRS CPA's, LLC                                       From 2019        To Present
        Name

        80 Route 4 East Suite 370
        Street

        Paramus, NJ 07652
        City                     State          ZIP Code

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

       ☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1.
        Julie Capps
        Name

        PO Box 23249
        Street

        San Antonio, TX 78223
        City                     State          ZIP Code

Debtor   LASSETER ENTERPRISES, INC.                                                    Case number *(if known)*
_____
Name

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | | |
| | KRS CPA's | _____ |
| | Name | |
| | 80 Rte 4 East Suite 370 | _____ |
| | Street | _____ |
| | _____ | |
| | Paramus, NJ 07652 | |
| | City                      State              ZIP Code | |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. _____ |
| Name |
| _____ |
| Street |
| _____ |
| City                      State              ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____ |
| Name |
| _____ |
| Street |
| _____ |
| City                      State              ZIP Code |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Don E. Lasseter Sr. | 3300 Windemere Circle Memphis, TN 38125 | Director, | 50.00% |
| Mary Jennifer Lasseter | 3300 Windemere Circle Memphis, TN 38125 | Director, | 50.00% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | |

| Debtor | LASSETER ENTERPRISES, INC. | Case number *(if known)* |
|---|---|---|
| | Name | |

From _____
To _____

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Don Lasseter Sr. <br> Name <br> 3300 Windemere Circle <br> Street <br> <br> Memphis, TN 38125 <br> City    State    ZIP Code <br> **Relationship to debtor** <br> Owner/Director | $507.95 <br> $507.95 <br> $507.95 <br> $507.95 <br> $507.95 <br> $507.95 <br> $507.95 <br> $507.95 <br> $507.95 <br> $507.95 <br> $507.95 <br> $507.95 <br> $507.95 | September 2023 <br> August 2023 <br> July 2023 <br> June 2023 <br> May 2023 <br> April 2023 <br> March 2023 <br> February 2023 <br> January 2023 <br> Decemeber 2022 <br> November 2022 <br> October 2022 <br> September 2022 | Paystubs |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2. Jennifer Lasseter <br> Name <br> 3300 Windemere Circle <br> Street <br> <br> Memphis, TN 38125 <br> City    State    ZIP Code <br> **Relationship to debtor** <br> Owner/Director | $5,600.00 <br> $5,600.00 <br> $5,600.00 <br> $5,600.00 <br> $5,600.00 <br> $5,600.00 <br> $5,600.00 <br> $5,600.00 <br> $5,600.00 <br> $5,600.00 <br> $5,600.00 <br> $5,600.00 <br> $5,600.00 | September 2022 <br> August 2022 <br> March 2023 <br> February 2023 <br> January 2023 <br> December 2022 <br> November 2022 <br> October 2022 <br> August 2023 <br> July 2023 <br> June 2023 <br> May 2023 <br> April 2023 | Paystubs |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

Debtor    LASSETER ENTERPRISES, INC.        Case number *(if known)*
       Name

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
|  | EIN:  _ _ – _ _ _ _ _ _ _ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
|  | EIN:  _ _ – _ _ _ _ _ _ _ |

---

**Part 14:**   Signature and Declaration

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     09/22/2023
           MM/ DD/ YYYY

**X** /s/ Mary Jennifer Lasseter          Printed name       Mary Jennifer Lasseter
    Signature of individual signing on behalf of the debtor

Position or relationship to debtor       Director

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

Fill in this information to identify the case:

Debtor name _____LASSETER ENTERPRISES, INC._____

United States Bankruptcy Court for the:

_____Southern District of Texas_____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | American Express<br>Bankruptcy Unit<br>P.O Box 297817<br>Fort Lauderdale, FL 33329 | | Credit Card | | | | $36,052.48 |
| 2 | American Express<br>Bankruptcy Unit<br>P.O Box 297817<br>Fort Lauderdale, FL 33329 | | Credit Card | | | | $32,707.30 |
| 3 | Amscan<br>80 Grasslands Rd.<br>Elmsford, NY 10523 | | Vendor | | | | $643,949.26 |
| 4 | Beeson Properties KNA Partners<br>1020 West Loop North<br>Houston, TX 77055 | | Unpaid rent | | | | $22,700.00 |
| 5 | Gibson Greetings<br>PO Box 640782<br>Pittsburgh, PA 15264 | | Merchandise | | | | $821.64 |
| 6 | Party City Corporation<br>1 Celebration Square<br>Woodcliff Lake, NJ 07677 | | | | | | $17,403.60 |
| 7 | PartyCity<br>1 Celebration Square<br>Woodcliff Lake, NJ 07677 | | Franchise Agreement/Secured as to Inventory | | | | $7,728.29 |
| 8 | Wells Fargo<br>PO Box 51174<br>Los Angeles, CA 90051 | | Line of Credit | | | | $111,461.00 |

Debtor    LASSETER ENTERPRISES, INC._____    Case number *(if known)* _____

     Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  Worthington Cylinders 27406 Network Place Chicago, IL 60673-1274 | | Merchandise | | | | $2,814.24 |
| 10  Ya Otta Pinata PO Box 847403 Dallas, TX 75284-7403 | | Merchandise | | | | $1,954.92 |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Southern District of Texas

**In re**     LASSETER ENTERPRISES, INC.

Case No. _____

**Debtor**

Chapter _____11_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.     Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................................................. $50,000.00

Prior to the filing of this statement I have received ................................................................. $27,500.00

Balance Due ................................................................................................................................ $22,500.00

2.     The source of the compensation paid to me was:

☑ Debtor              ☐ Other (specify)

3.     The source of compensation to be paid to me is:

☑ Debtor              ☐ Other (specify)

4.     ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.     In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.     Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.     Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.     Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.     By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

<table>
<tr>
<td>    09/22/2023</td>
<td>/s/ Robert C Lane</td>
</tr>
<tr>
<td><em>Date</em></td>
<td>Robert C Lane<br><em>Signature of Attorney</em></td>
</tr>
</table>

Bar Number: 24046263
The Lane Law Firm
6200 Savoy Dr Ste 1150
Houston, TX 77036-3369
Phone: (713) 595-8200
Fax: (713) 595-8201

The Lane Law Firm
*Name of law firm*

---

Page 2 of 2

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **LASSETER ENTERPRISES, INC.**                                    CASE NO

                                                                          CHAPTER **11**


**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date _____09/22/2023_____        Signature _____/s/ Mary Jennifer Lasseter_____
                                                                          Mary Jennifer Lasseter, Director

AMERICAN EXPRESS
BANKRUPTCY UNIT
P.O BOX 297817
FORT LAUDERDALE, FL 33329


AMSCAN
80 GRASSLANDS RD.
ELMSFORD, NY 10523


BEESON PROPERTIES KNA
PARTNERS
1020 WEST LOOP NORTH
HOUSTON, TX 77055


FUSION CONNECT
210 INTERSTATE N PKWY SE #300
ATLANTA, GA 30339


GIBSON GREETINGS
PO BOX 640782
PITTSBURGH, PA 15264


GLOBAL CC MERCHANT
2825 WILCREST DR #489
HOUSTON, TX 77042


JOHNSON CONTROLS
5757 N. GREEN BAY AVE
MILWAUKEE, WI 53201


KRS CPA'S, LLC
80 ROUTE 4 EAST SUITE 370
PARAMUS, NJ 07652

LASSETER ENTERPRISES, INC.
6452 FM 1960 WEST
HOUSTON, TX 77069

MOOD MEDIA (MUZAK)
2100 IH 35 STE 200
AUSTIN, TX 78704

PARTY CITY CORPORATION
1 CELEBRATION SQUARE
WOODCLIFF LAKE, NJ 07677

PARTYCITY
1 CELEBRATION SQUARE
WOODCLIFF LAKE, NJ 07677

RELIANT ENERGY
PO BOX 3765
HOUSTON, TX 77253-3765

REPUBLIC SERVICES
18500 N ALLIED WAY
PHOENIX, AZ 85054

THE LANE LAW FIRM
6200 SAVOY DR STE 1150
HOUSTON, TX 77036-3369

WELLS FARGO
PO BOX 51174
LOS ANGELES, CA 90051

WORTHINGTON CYLINDERS
27406 NETWORK PLACE
CHICAGO, IL 60673-1274


YA OTTA PINATA
PO BOX 847403
DALLAS, TX 75284-7403

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

**Attachment to Voluntary Petition for Non-Individuals Filing for
Bankruptcy under Chapter 11**

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is
.

2. The following financial data is the latest available information and refers to the debtor's condition on                              .

| | |
|---|---|
| a. Total assets | $452,268.49 |
| b. Total debts (including debts listed in 2.c., below) | $877,592.73 |
| c. Debt securities held by more than 500 holders | |

Approximate
number of
holders:

secured ☐  unsecured ☐  subordinated ☐
secured ☐  unsecured ☐  subordinated ☐
secured ☐  unsecured ☐  subordinated ☐
secured ☐  unsecured ☐  subordinated ☐
secured ☐  unsecured ☐  subordinated ☐
d. Number of shares of preferred stock
e. Number of shares common stock

Comments, if any:

3. Brief description of debtor's business         Retail Sales for Candy, Party Goods, Costumes, and accessories

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>LASSETER ENTERPRISES, INC.</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:<br>Southern District of Texas</td></tr>
<tr><td colspan="2">Case number (if known):</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   09/22/2023
        MM/ DD/ YYYY

X /s/ Mary Jennifer Lasseter
Signature of individual signing on behalf of debtor

Mary Jennifer Lasseter
Printed name

Director
Position or relationship to debtor

Official Form B202    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

IN RE: **LASSETER ENTERPRISES,
INC.**

CASE NO

CHAPTER **11**

## DECLARATION FOR ELECTRONIC FILING OF BANKRUPTCY
## PETITION, LISTS, STATEMENTS, AND SCHEDULES

## PART I: DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition, lists, statements, and schedules to be filed electronically in this case and I HEREBY DECLARE UNDER PENALTY OF PERJURY that the information provided therein, as well as the social security information disclosed in this document, is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition, lists, statements, and schedules have been filed electronically. I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☐ *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts]* --
I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7. I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7.

☑ *[Only include if petitioner is a corporation, partnership or limited liability company]* --
I hereby further declare under penalty of perjury that I have been authorized to file the petition, lists, statements, and schedules on behalf of the debtor in this case.

Date
09/22/2023

_____/s/ Mary Jennifer Lasseter_____
Mary Jennifer Lasseter
Director
EIN No.   6  4  5  4

## PART II: DECLARATION OF ATTORNEY:

I declare UNDER PENALTY OF PERJURY that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date
09/22/2023

_____/s/ Robert C Lane_____
Robert C Lane
Attorney