**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

United States Bankruptcy Court
Southern District of Texas

**ENTERED**

February 01, 2024

Nathan Ochsner, Clerk

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **LASSETER ENTERPRISES, INC., et al.,**[1] | § | Case No. 23-33641 |
| | § | |
| Debtors | § | (Jointly Administered) |

## ORDER CONFIRMING DEBTOR'S PLAN OF REORGANIZATION
### (Docket No. 48)

Came on for consideration the Debtor's Subchapter V Plan of Reorganization filed December 21, 2023 [ECF No. 48], pursuant to 11 U.S.C. § 1191. After hearing evidence, the Court finds as follows:

1.   The Subchapter V Plan of Reorganization ("Plan"), and a ballot for accepting or rejecting the Plan, have been transmitted to all creditors and parties in interest.

2.   Notice of the hearing on confirmation of the Plan has been given in accordance with Title 11, United States Code, the Order of the Court and the Federal and Local Rules of Bankruptcy Procedure.

3.   The Plan complies with all applicable provisions of the Bankruptcy Code and applicable Bankruptcy Rules relating to confirmation.

4.   The Plan complies with the applicable provisions of 11 U.S.C. § 1191(a). It is

**ORDERED** and **ADJUDGED** that:

1.   The Debtor's Plan of Reorganization is hereby CONFIRMED under 11 U.S.C. §§ 1129(a) and 1191(a). The Debtor will act as the Disbursing Agent to make all payments to creditors pursuant to the terms of the Plan.

---

[1] The Debtors in these Chapter 11 Sub V cases, along with the last four digits of each Debtor's federal tax identification number, are: Westheimer Party Company, LLC (5231); Lasseter Enterprises, Inc. (6454). The mailing address for the Debtors listed above is PO BOX 23249 San Antonio, Texas 78223.

2. In accordance with Section 1142 of the United States Bankruptcy Code, the Debtor is authorized and directed, without the necessity of any further approval, to immediately take any action necessary or appropriate to implement, effectuate, and consummate the Plan and any transactions contemplated thereby or by this Order in accordance with their respective terms.

3. On the Effective Date of the Plan, all property of the bankruptcy estate shall vest in the Debtor pursuant to 11 U.S.C. § 1141(b).  If the Debtor defaults in performing under the provisions of the Plan and the Chapter 11 case is converted to Chapter 7, all property vested in the Debtor, and all subsequently acquired property owned as of or after the conversion date shall revest and constitute property of the bankruptcy estate in the chapter 7 case.

4. Within 3 days after the Effective Date of the Plan, counsel for the Debtor shall serve notice of (i) entry of this Confirmation Order; (ii) the occurrence of the Effective Date; and (iii) any bar dates and any other deadlines set by the Plan ("Notice"), pursuant to Bankruptcy Rule 3020(c). The Notice shall be sent to all creditors and parties-in-interest by first class mail, postage prepaid. Counsel for the Debtor shall thereafter promptly file a copy of such Notice with proof of mailing with the Court.

5. The Debtor shall file all operating reports, through the Effective Date of the Plan, pursuant to Federal Rule of Bankruptcy Procedure 2015(b).

6. The Debtor shall pay to Class 3 claimants the greater of its disposable income or the distributions as set forth in the Plan.

7. Notwithstanding anything else to the contrary in the Plan or this Confirmation Order, Claim 14 of KNA Partners in the amount of $22,700 shall be paid as a Class 1 Administrative Claim. Debtor will pay Claim 14 in full no later than eight (8) months after confirmation of the Plan. Should that date fall on a weekend or legal holiday, full payment shall be due on the next business day.

8. On the Effective Date, the Debtor shall be discharged as provided in 11 U.S.C. § 1141.

2

9.  This Court retains jurisdiction to interpret and enforce the Plan and this Order.

10.  To the extent there are conflicting provisions between the Plan and this Order, this Order shall govern.

Signed: February 01, 2024

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge